## HELSEL v. SEEGER.

### No. 19,016; September 25, 1893.

34 Pac. 237.

**Bill of Exceptions.—A Paper in the Transcript, Denominated** a "bill of exceptions," not certified by the clerk to be a correct copy of any bill of exceptions on file, and not containing any specific exceptions to any particular finding of the court, will not be considered by the supreme court.

APPEAL from Superior Court, Kern County; A. R. Conklin, Judge.

J. R. Haralson for appellant; Brundage & Flournoy for respondent.

DE HAVEN, J.—The findings are sufficient to sustain the judgment. The paper found in the transcript and denominated a "bill of exceptions" is not certified by the clerk to be a correct copy of any bill of exceptions on file, nor does it contain any specific exception to any particular finding of the court. Judgment affirmed.

We concur: Fitzgerald, J.; McFarland, J.